UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Bridget Barnett v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-10417-DRH |
| *Julie Britnell v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-12875-DRH |
| *Pamela Graham, et al. v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-12772-DRH |
| *Nina Herzog v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-12421-DRH |
| *Barbara Higgins v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-12771-DRH |
| *Katherine Lofts v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 13-cv-10681-DRH |
| *Mary J. Winter v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-12952-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 22, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** August 25, 2014

Digitally signed by David R. Herndon
Date: 2014.08.25 09:31:33 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**

2